**No. 40239.**—Petition 5717–R of Folkard & Lawrence, Inc.. (New York).

Opinion by CLINE, J. It was found that the petitioner acted without intention to defraud the revenue or to conceal or misrepresent the facts or to deceive the appraiser. The petition was therefore granted.